ORIGINAL

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

**United States District Court**

| | |
|---|---|
| DISTRICT | SOUTHERN DISTRICT OF NEW YORK |

UNITED STATES OF AMERICA

v.

STEPHEN CANNELLA,
a/k/a "ILIKETHAT123"

Defendant.

| DOCKET NO. | MAGISTRATE'S CASE NO. |
|---|---|
| | **12 MAG 3228** |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

STEPHEN CANNELLA,
a/k/a "ILIKETHAT123"

WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court   ☐ Indictment   ☐ Information   x Complaint

DISTRICT OF ARREST

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession and distribution of child pornography.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 2252A(a)(2)(B), (a)(5)(B), (b)(1), and (b)(2) |

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY: MAG. JUDGE DAVISON | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED 12/12/12 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED 12/12/12 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12/12/2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 12/13/2012 | Special Agent Cindy A. Wolff | Cindy A. Wolff |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.