**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
              :
UNITED STATES OF AMERICA
              :
   - v. -              INFORMATION
              :
STEPHEN CANNELLA,            13 Cr. 641
              :
          Defendant.
              :

              :
- - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

(Possession of Child Pornography)

The United States Attorney charges:

On or about August 1, 2012, in the Southern District of New York and elsewhere, STEPHEN CANNELLA, the defendant, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate

and foreign commerce by any means, including by computer, to wit, CANNELLA possessed, on a computer in White Plains, New York, files containing child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*[signature]*
PREET BHARARA
United States Attorney

Case 7:13-cr-00641-CS   Document 24   Filed 08/21/13   Page 3 of 3