# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

------------------------------------x

UNITED STATES OF AMERICA,

      v.

                                   13 Cr. 641

STEPHEN CANNELLA,

          Defendant.

------------------------------------x

      **STEPHEN CANNELLA**, the above-named defendant, who is accused of violating Title 18 U.S.C. § 2252 (a) (5) (B), having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                    _____
                                                    Defendant.

                                                     _____
                                                    Counsel for Defendant.

Date:   White Plains, New York
           August 21, 2013