# UNITED STATES DISTRICT COURT
# 300 QUARROPAS STREET
# WHITE PLAINS, N.Y. 10601

CHAMBERS OF THE HONORABLE
GEORGE A. YANTHIS, U.S. MAGISTRATE JUDGE

## **MEMORANDUM**

DATE:   October 15, 2013

TO:     Honorable Cathy Seibel, U.S. District Judge

FROM:   George A. Yanthis, U.S. Magistrate Judge

RE:     Transcript of Guilty Plea

    On August 21, 2013, a Rule 11 allocution was taken in the matter of <u>United States v. Stephen Cannella</u>, 13 Cr. 641 (CS), on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter, I would be pleased to do so.

Respectfully Submitted

*[signature]*

George A. Yanthis, U.S.M.J.