UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                          13 Cr. 00641 (CS)

                -against-

 Stephen Cannella,
                        Defendant.

-----------------------------------------------------------x

Seibel, J.

### ORDER ACCEPTING PLEA ALLOCUTION

        The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable George A. Yanthis, United States Magistrate Judge, dated August 21, 2013

, is approved and accepted.

        The Clerk of the Court is directed to enter the plea.


                          SO ORDERED.


Dated:  White Plains, New York
            October 22 ___ , 2013


                          _____
                            ╱  Cathy Seibel
                          United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13